In The United States District Court
for the Middle District of Florida
Division

Samuel L. Kellam III
          v.
Sheriff Dept St. John County
   Sheriff Deputy. SGt. Husky

Case No:

Jury Trial
(yes)

2022 NOV 18 PM 12:12
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE FLORIDA
FILED

pg 2.

① Parties to this complaint

A. Samuel L. Kellam III
   200199O413
   St. John's detention Facility
   St. Augustine, Florida 32084

Defendant
B. Mr. Husky
   Sergent (SGt.)
   Sheriff Dept. St. John County
   3955 Lewis Speedway
   St. Augustine Florida 32084

Basis for jurisdiction
II
A) Bivens claim

B).

C.) Cruel and unusual punishment
    Excessive Force & Conversion

D. Sgt. Husky used excessive force and conversion. By as I sat handcuffed and shackled sitting talking to Nurse. Barging in and grabbed my pockets searching for a wallet. When found it in back right side pocket. Couldn't get it out. balled up his fist and started to hit my damaged Right side were my pin that connected my fractured pelvic is located. and hit countless times fist balled up. along with pulling and tugging till he was sweating. And I screamed from the pain from the hard slamming down of his fist countless times.
  he then opened wallet took identification cell threw it on table and walked out with wallet and cash of $2,790. never to be seen or wallet.

Statement of Claim

A. I was transferred to emergency Room from being arrested on August 7, 2022 Jax Beach emergency medical.

B.

C. August 7. 2022.

D. Sgt. Husky hit me several times as I was handcuffed and shackled in the emergency Room. I was sitting up talking to Nurse answer questions as two officer watched and guard the door. Husky barged in past Nurse and grabbed my pockets and notice my wallet and tried to get it out and couldn't due to large sum of money and Pockets were small. He balled up his fist and started hitting my Right side were my pin is located contless times in a fit of rage cause wallet wouldn't come out. Then started tugging and pulling to the point of my panti came from around my waste. I screamed from the pain. As officers Deputy Abel watched and another officer. Husky finally after a sweat beads came from his head got wallet opened it took (id) out threw it on table. and left with my wallet and contents of $2,790 in cash. I was then xrayed and given medication for pain

cont ↓

Conti

due to what just occurred. Husky officer walked out and away with wallet from presence. After medical treatment I was escorted by wheelchair do to couldn't walk do to the blows on side. (By deputy abel) I asked about wallet and contents and Deputy said he didn't have it. I was taken to jail. Money or wallet was given to anyone on Aug 7, 2022 I only gave clothes I had on and shoes and a 5 dollar bill and 4 one dollar bills that was in front pocket of Pants.

I then wrote booking and intake about money and what took place, of Husky hitting me in my already injured side with his fist balled up contless times' again were pin is located on my Right his side area were pocket was located.

I never signed inventory papers never given any on Aug 7, 2022. By officals. Enclosed is Request and inventory i had to ask for. for documentation as asked in claim to support it.

## V. Injuries

I recieved physical therapy due to damage from the blows in wich it was alot of weakness in my area that pins are located from injury. In wich I was immobalized and used handicap instruments and still have an issue and weakness & pains from blows.

## VI Relief

Im Requesting damages for cruel and unusual punishment of the amount of $30,000 for the beatings with fist. Will handcuffed & shackled. Im Requesting damages for medical injuries sustained and pain and suffering from the beating on the side wear pin is located by Sgt Husky. In the amount of 80,000 dollars.
Im Requesting that all fileing files be reimbursed to Kellam account.
Im Requesting that Sgt Husky be removed and made to take thinking for a change class before return back to field duty. Also Requesting the $2,790 that was taken from Kellam and never entered into my property, be given back to Kellam. Kellam also Request Anything else court deems suffice.

A. "My claim arose while in Jail
yes.

B. (Yes) it does have a grievance procedure

C. (Yes)
Concerning my funds that came up missing and what took place. Blows by officer.

D. (yes) I filed a complaint and was denied the right to a grievance.

Pg 7.

pg(8) E.

1. I wasn't allowed to file a grievance

2. I was only allowed to file a inmate Request

3. Nothing was done

4. wasn't allowed to futher any process

pg(9) F. 1. I wasn't allowed to file a grievance administration wouldn't allow.

2. I wrote the Sheriff R. Hardwick about the information that I claimed, I wrote Request to inmate Finianace about my funds and what took place. And I never got a response from anyone.

VII. No I haven't had any case dismissed. Federal

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)  Samuel I. Kellam III
   Defendant(s) Sheriff R. Hardwick / Sgt. Husky

2. Court *(if federal court, name the district; if state court, name the county and State)*
   St. Johns County, St. Augustine Florida 32084

3. Docket or index number
   Case No: CA22- ~~06~~ 1326 Division: 55

4. Name of Judge assigned to your case
   Howard M. Maltz

5. Approximate date of filing lawsuit
   10/17/2022  9:00 AM

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition. 14 of October.
   4:06 pm.

10

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Caze dismissed

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) Samuel L-Kellam III
   Defendant(s) Sheriff Hardwick, etc. all chaplain etc.

2. Court *(if federal court, name the district; if state court, name the county and State)*

   middle district, Duval county, Jacksonville florida.

3. Docket or index number

   not assigned yet

4. Name of Judge assigned to your case

   not assigned

5. Approximate date of filing lawsuit

   —open—

6. Is the case still pending?

   ☑ Yes

   ☐ No

11

If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   not anything

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Nov. 11, 2022

Signature of Plaintiff: Samuel J. Kellam III
Printed Name of Plaintiff: Samuel I. Kellam III
Prison Identification #: 2001940413
Prison Address: 3955 Lewis Speedway
St. Augustine    Florida    32084
City    State    Zip Code

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____

12